UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WURTZBERGER (an individual), | Case No.:  2:09-cv-01718-GEB-DAD |
| Plaintiff, | **ORDER EXTENDING HEARING ON MOTION TO DISMISS** |
| vs. | |
| RESMAE MORTGAGE CORPORATION; AMERICA'S SERVICING COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; HSBC BANK USA, AS TRUSTEE FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE3; NDEx WEST, LLC, and DOES 1-10, | |
| Defendants. | |

Based on the stipulation of the parties, the motion to dismiss filed by Defendants Wells Fargo Bank dba America's Servicing Company, Mortgage Electronic Registration Systems, Inc., and HSBC Bank USA, as Trustee for ACE Securities Corporation Home Equity Loan Trust, Series 2007-HE3 is continued from August 3, 2009, to September 14, 2009, 9:00 a.m., in Courtroom 10. The time for Plaintiff's opposition and Defendants' reply is continued in accordance with the new hearing date.

7/28/09

GARLAND E. BURRELL, JR.
United States District Judge