IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS WURTZBERGER, an individual,    )    2:09-cv-01718-GEB-DAD
                                      )
                    Plaintiff,        )    ORDER
                                      )
          v.                          )
                                      )
RESMAE MORTGAGE CORPORATION;          )
AMERICA'S SERVICING COMPANY;          )
MORTGAGE ELECTRONIC REGISTRATION      )
SYSTEMS, INC.; HSBC BANK USA, as      )
Trustee for Ace Securities Corp.      )
Home Equity Loan Trust Series 2007-   )
HE3; NDEX WEST, LLC, and Does 1 -     )
10,                                   )
                                      )
                    Defendants.       )
_____)

        On July 21, 2009, Plaintiff's counsel filed a motion to withdraw as counsel for Plaintiff, in which counsel represents that Plaintiff has been mailed a copy of the motion by certified mail, return receipt requested.  Plaintiff's counsel shall provide the Court with assurance that Plaintiff still resides at the address at which the motion was mailed before the motion will be decided.  The motion is continued to August 31, 2009 for hearing, commencing at 9:00 a.m..  This continuance is provided so that counsel has time

1

to provide the requested assurance before the hearing.  Further, counsel shall serve a copy of this order on Plaintiff.

Dated:  August 13, 2009

                                            GARLAND E. BURRELL, JR.
                                            United States District Judge