IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS WURTZBERGER, | ) | 2:09-cv-01718-GEB-DAD |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.;  HSBC BANK USA as Trustee;  RESMAE MORTGAGE CORPORATION; AMERICA'S SERVICING COMPANY; NDEX WEST, LLC, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

Since Plaintiff's counsel states in his motion to

withdraw as Plaintiff's counsel that "Client is not reachable," it

is unclear whether the court will be able to serve documents on

counsel's client.  Therefore, Plaintiff's counsel shall inform

Plaintiff that Plaintiff shall attend the hearing on Plaintiff's

counsel's motion for withdrawal as counsel of record which is now

continued from August 31, 2009, to September 14, 2009, commencing

at 9:00 a.m.  Should Plaintiff's counsel's motion be granted

Plaintiff will have the responsibility to keep the court apprised
of his current address at all times.

Dated:  August 25, 2009

GARLAND E. BURRELL, JR.
United States District Judge